# EXHIBIT 1

**REDACTED PUBLIC VERSION**



Technical R&D / Chemical & Analytical Development



Property of Novartis
Confidential
May not be used, divulged, published or otherwise disclosed
without the consent of Novartis

Highly Confidential Information Under Protective Order – Attorneys' Eyes Only



Highly Confidential Information Under Protective Order – Attorneys' Eyes Only









Highly Confidential Information Under Protective Order – Attorneys' Eyes Only



Highly Confidential Information Under Protective Order – Attorneys' Eyes Only



Highly Confidential Information Under Protective Order – Attorneys' Eyes Only





## 8.1    Basic crystallographic information

Basic crystallographic information on the LCZ696 dual-active prodrug, obtained from the single crystal structure solution, is summarized in the table below.

| | |
|---|---|
| Sum formula | $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5H_2O$ |
| Molecular mass | 957.99 |
| Crystal color | colorless |
| Crystal shape | tabular: hexagonal |
| Crystal system | monoclinic |
| Space group | $P2_1$ |
| Cell parameters | a=20.344 Å |
| | b=42.018 Å |
| | c=20.374 Å |
| | $\alpha = 90°$ |
| | $\beta = 119.29°$ |
| | $\gamma = 90°$ |
| Volume of unit cell | 15190.03 Å$^3$ |
| Z (the number of asymmetric units in the unit cell) | 2 |





Highly Confidential Information Under Protective Order – Attorneys' Eyes Only



Highly Confidential Information Under Protective Order – Attorneys' Eyes Only



**Figure 11-4          Thermogravimetric analysis (TGA) thermogram for LCZ696**







Highly Confidential Information Under Protective Order – Attorneys' Eyes Only

**Figure 11-11　　Wireframe representation of LCZ696 asymmetric unit**



(grey = carbon; blue = nitrogen, red = oxygen; purple = sodium, white = hydrogen)

Novartis                    **Confidential**                    Page 30 of 36
LCZ696-ABA.001 sodium salt  Drug substance
Scientific information                    Discovery and characterization. Version B

**Figure 11-12    Ball-and-stick representation of LCZ696 asymmetric unit**



(grey = carbon; blue = nitrogen, red = oxygen; purple = sodium, white = hydrogen)

**Figure 11-13    Unit cell of LCZ696 with two asymmetric units**



(grey = carbon; blue = nitrogen, red = oxygen; purple = sodium, white = hydrogen)

Highly Confidential Information Under Protective Order – Attorneys' Eyes Only

Novartis                            **Confidential**                     Page 31 of 36
LCZ696-ABA.001 sodium salt  Drug substance
Scientific information                              Discovery and characterization. Version B

**Figure 11-14     Asymmetric unit of LCZ696: positions of 15 water molecules (green)**



(grey = carbon; blue = nitrogen, red = oxygen; purple = sodium)







The infrared absorption spectrum for LCZ696 obtained using Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrometer (Nicolet Magna-IR 560) shows the following significant bands, expressed in reciprocal wave numbers ($cm^{-1}$):

2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 1942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).

The error margin for all absorption bands of ATR-FTIR is $\pm$ 2 $cm^{-1}$.

The intensities of the absorption bands are indicated as follows: (w) = weak; (m) = medium; and (st) = strong intensity

Raman spectrum of LCZ696 measured by a dispersive Raman spectrometer with 785 nm laser excitation source (Kaiser Optical Systems, Inc.) shows the following significant bands, expressed in reciprocal wave numbers ($cm^{-1}$):

3061 (m), 2930 (m, broad), 1612 (st), 1523 (m), 1461 (w), 1427 (w), 1287 (st), 1195 (w), 1108 (w), 1105 (w), 1041 (w), 1011 (w), 997 (m), 866(w), 850 (w), 822 (w), 808 (w), 735 (w), 715 (w), 669 (w), 643 (w), 631 (w), 618 (w), 602 (w), 557 (w), 522 (w), 453 (w), 410 (w), 328 (w).

The error margin for all Raman bands is ± 2 $cm^{-1}$.

The intensities of the absorption bands are indicated as follows: (w) = weak; (m) = medium; and (st) = strong intensity.