

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

December 29, 2023

**VIA HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:  *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. Nos. 20-md-2930-RGA; 21-1330-RGA

Dear Judge Andrews,

We write on behalf of Plaintiff Novartis regarding the Court's December 21, 2023 oral orders in the above-referenced cases (C.A. Nos. 20-md-2930-RGA, D.I. 1229 and 21-1330-RGA, D.I. 209) which rejected the proposed redacted version of Defendants' December 13, 2023 discovery dispute letter (public version filed on December 20, 2023 in Civ. Nos. 20-md-2930-RGA, D.I. 1228 and D.I. 21-1330-RGA, D.I. 208), and directed the parties to file revised redactions or a declaration in support of redactions to that letter and exhibits.

The parties have conferred regarding the proposed redactions, and in accordance with the Court's order, have proposed limited and/or revised redactions to the letter and most exhibits that do not redact portions of those documents in their entirety.  In particular, Defendants have proposed revised redactions to Exhibit 4, and have maintained limited redactions to Exhibits 3 and 6. Novartis has maintained limited redactions to Exhibit 5.  Exhibits 2 and 7 are being submitted without any redactions at all.

For Exhibit 1, Novartis respectfully requests that the Court accept the proposed redacted version of Exhibit 1 filed contemporaneously herewith (which is the same version that was filed on December 20, 2023).  Although Exhibit 1 was filed as an exhibit to Defendants' letter, Exhibit 1 is a highly confidential Novartis document.  Novartis seeks to have certain portions of that document (but still not the whole document) redacted in entirety. Despite that certain portions of Exhibit 1 are being redacted in larger sections, the determination of what to redact was made on a page-by-page basis.  Further to the Court's December 21, 2023 oral orders, and consistent with the Court's practice, attached is the declaration of Brian Robinson, Novartis's patent litigation counsel, setting forth Novartis's reasons for the redactions to Exhibit 1, and supporting the competitive harm to Novartis should such information, including its proprietary research and development information, become public.  Defendants do not oppose the redactions.

Counsel remain available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via Electronic Mail)