IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. TORRENT PHARMA INC., and TORRENT PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1794-RGA |

**[PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION**

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and

Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), have

agreed to terms and conditions representing a negotiated settlement of these actions, have set

forth those terms and conditions in a confidential Settlement and License Agreement (the

1

"Settlement Agreement"), and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Novartis sued Torrent for infringement of United States Patent Nos. 11,096,918 ("the '918 Patent") and 11,058,667 ("the '667 Patent");

**WHEREAS**, ███████████████████████████████████████████████████
████████████████████████████████

**WHEREAS**, ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████

**WHEREAS**, ███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████

**WHEREAS**, ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████████ and

**WHEREAS**, ███████████████████████████████████████████████████
█████████████████████████████████████ and Novartis's claims against Torrent and Torrent's Counterclaims against Novartis with respect to the '938 and '134 Patents have been dismissed without prejudice by Order in MDL No. 20-2930-RGA and Civil Action No. 19-1979-RGA signed November 22, 2021.

2

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. ██████████████████████████████████████████████████████████

   ███████████████.

2. ██████████████████████████████████████████████████████████

   ██████████████████████████████████████████████████████████

   ████████████████████████████.

3. ██████████████████████████████████████████████████████████

   ██████████████████████████████████████████████████████████

   ██████████████████████████████████████████████████████████

   ██████████████████████████████████████████████████████████

   ███████████████████████████████████████.

4. By virtue of the license granted by Novartis to Torrent as part of the Settlement Agreement, judgment is entered that there no longer exists a cause of action regarding the '918, and '667 Patents by the products that are the subject of Torrent's Abbreviated New Drug Application No. 213604.

5. Pursuant to the terms of the Settlement Agreement, all other Novartis claims in Civil Action Nos. 22-1330-RGA and 21-1794-RGA are dismissed without prejudice and all of Torrent's defenses, demands and counterclaims in Civil Action Nos. 22-1330-RGA and 21-1794-RGA are dismissed with prejudice.

6. This Court retains jurisdiction over all disputes arising out of the Settlement Agreement.

7. Torrent, and each of its affiliates, is hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the products that are the subject of Torrent's Abbreviated New Drug Application No. 213604 prior to the Generic Entry Date, as set forth

in the Settlement Agreement, subject to the exceptions provided in the Settlement Agreement.

8. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

9. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Consent Judgment and Order of Injunction.

10. Each party shall each bear its and their own costs and attorney fees.

11. Novartis and Torrent each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

Dated: July 8, 2024

/s/ Richard G. Andrews
United States District Judge